## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-01357-REB-MEH

JORGE C. QUINONES,

    Plaintiff,

v.

MARIA G. RIVERA, and
JAIME LOPEZ AVENDANO,

    Defendants.

---

## AMENDED ORDER

---

**Blackburn, J.**

The matter before me is plaintiff's **Motion to Withdraw Notice of Removal** [#16], filed September 21, 2006. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be remanded to the District Court of Weld County, Colorado.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion to Withdraw Notice of Removal** [#16], filed September 21, 2006, is **GRANTED**;

2. That the **Notice of Removal** [#1], filed July 13, 2006, is **WITHDRAWN**; and

3. That this case is **REMANDED** to the District Court of Weld County, Colorado [filed there under Case No. 94DR506].

Dated September 22, 2006, at Denver, Colorado.

                                            **BY THE COURT:**

                                            s/ Robert E. Blackburn
                                            **Robert E. Blackburn**
                                            **United States District Judge**